IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 10 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-07-280-04 |
| Falguniben Bhakta | § | |

**ORDER**

BE IT REMEMBERED on this __10__ day of __August__, 20__07__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **May 10, 2007**, wherein the defendant **Falguniben Bhakta** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Falguniben Bhakta** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Falguniben Bhakta guilty of the offense of conspiracy to harbor certain illegal aliens within the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(l) and 1324(a)(1)(A)(iii).**

SIGNED this the __10__ day of __August__, 20__07__.

Hilda G. Tagle
United States District Judge